UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | CRIMINAL NO.  23-cr-88 (CJN) |
| **EMPIRE NAVIGATION INC.** | : | |
| **SUEZ RAJAN LIMITED** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

### NOTICE BY THE UNITED STATES REGARDING SATISFACTION OF DEFENDANTS' CRIMINAL MONETARY PENALTY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby provides this Court notice that Defendant Suez Rajan Limited has satisfied its criminal monetary penalty.

On April 19, 2023, in a now unsealed action, Suez Rajan Limited pleaded guilty to conspiring to violate the International Emergency Economic Powers Act ("IEEPA"). ECF Nos. 1, 6, 7. On that same date, Suez Rajan Limited was sentenced to three years of corporate probation and a fine of $2,457,467.90. ECF No. 10. The criminal monetary penalty imposed upon Suez Rajan Limited represented "twice the gross gain" pursuant to 18 U.S.C. § 3571(d).

Further, the United States and Defendant Empire Navigation Inc. ("Empire Navigation") agreed in a Deferred Prosecution Agreement that any payments made on, or offsets applied to, the fine assessed against Suez Rajan Limited would reduce, dollar-for-dollar, the fine due from Empire Navigation under that agreement. ECF No. 4-2 ¶ 8.

Here, Defendants incurred significant expenses transporting the sanctioned cargo to the United States, which expenses exceeded the criminal fine imposed by the Court. As a result of those efforts, and pursuant to the terms of the parties' Framework Agreement—which was an attachment to Empire Navigation's Deferred Prosecution Agreement (ECF No. 4-2 at 48-53, ¶ 4)

and referenced in Suez Rajan Limited's plea agreement (ECF No. 6 at 3)—Defendants received an offset against their fine obligations in the total amount of the fine.

As such, consistent with Suez Rajan Limited's plea agreement and Empire Navigation's Deferred Prosecution Agreement, it is the United States' position that the Defendants' criminal fine liability of $2,457,467.90 has been satisfied.

Date: October 3, 2023                                    Respectfully submitted,

                                                    MATTHEW M. GRAVES
                                                  United States Attorney
                                                  D.C. Bar No. 481052

By:     */s/ Stuart Allen*
        Stuart D. Allen
        D.C. Bar No. 1005102; N.Y. Bar No. 4839932
        Rajbir Datta
        Assistant United States Attorneys
        National Security Section
        601 D Street, NW
        Washington, D.C. 20530
        Stuart.Allen@usdoj.gov
        Rajbir.Datta@usdoj.gov
        (202) 252-7794 (Allen)
        (202) 252-7687 (Datta)